**Fill in this information to identify your case:**

Debtor 1 **Dwight Samuel Mulberry**
First Name        Middle Name        Last Name

Debtor 2 **Joni Michelle Mulberry**
(Spouse if, filing)   First Name        Middle Name        Last Name

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number   **23-10804**
(if known)

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:   List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion** If any |

**2.1** **Credit Union of Colorado**
Creditor's Name

1390 Logan Street
Denver, CO 80203
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

Date debt was incurred _____

Describe the property that secures the claim:
**2014 Dodge Ram**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number _____

Column A: $16,000.00   Column B: $5,000.00   Column C: $11,000.00

**2.2** **Credit Union of Colorado**
Creditor's Name

1390 Logan Street
Denver, CO 80203
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

Date debt was incurred _____

Describe the property that secures the claim:
**2021 Jeep Grand Cherokee**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number _____

Column A: $16,000.00   Column B: $30,000.00   Column C: $16,000.00

| Debtor 1 | **Dwight Samuel Mulberry** | | | Case number *(if known)* | **23-10804** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Joni Michelle Mulberry** | | | | |
| | First Name | Middle Name | Last Name | | |

| 2.3 | **Credit Union of Colorado** | Describe the property that secures the claim: | $70,000.00 | $42,000.00 | $28,000.00 |
|---|---|---|---|---|---|

Creditor's Name

**2021 Dodge Ram**

**1390 Logan Street**
**Denver, CO 80203**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim relates to a**
    **community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured
    car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number _____

| Add the dollar value of your entries in Column A on this page. Write that number here: | $102,000.00 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $102,000.00 |

**Part 2:**   **List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Dwight Samuel Mulberry** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Joni Michelle Mulberry** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO |
| Case number (if known) | 23-10804 |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                         12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ■ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** **Colorado Department of Revenue** | Last 4 digits of account number | **$0.00** | **$0.00** | **$0.00** |
| Priority Creditor's Name | | | | |
| **1881 Pierce Street** **Attn: Bankruptcy Dept., RM 104** **Lakewood, CO 80215** | When was the debt incurred? | | | |
| Number Street City State Zip Code | | | | |

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Notice Purposes**

Debtor 1  **Dwight Samuel Mulberry**
Debtor 2  **Joni Michelle Mulberry**

Case number (if known)  **23-10804**

| 2.2 | **Internal Revenue Service** | Last 4 digits of account number **1483** | **$1,462.06** | **$1,462.06** | **$0.00** |

Priority Creditor's Name
**P.O. Box 742562**
**Cincinnati, OH 45280-2562**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Taxes**

---

## Part 2:   List All of Your NONPRIORITY Unsecured Claims

3.  **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

Total claim

| 4.1 | **5Star Bank** | Last 4 digits of account number _____ | **$75,000.00** |

Nonpriority Creditor's Name
**c/o Terence Doherty**
**Doherty Law Firm**
**102 S. Tejon St., STE 1100**
**Colorado Springs, CO 80903**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt**

---

Debtor 1  **Dwight Samuel Mulberry**

Debtor 2  **Joni Michelle Mulberry**

Case number (if known)    **23-10804**

---

| 4.2 | **A&H Excavation** | Last 4 digits of account number ___ ___ ___ ___ | **Unknown** |

Nonpriority Creditor's Name

**16715 Oak Brush Loop**

**Peyton, CO 80831**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt**

---

| 4.3 | **Action Team Realty** | Last 4 digits of account number ___ ___ ___ ___ | **Unknown** |

Nonpriority Creditor's Name

**6265 Lehman Dr., STE 100**

**Colorado Springs, CO 80918**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt**

---

| 4.4 | **ADB-SBS** | Last 4 digits of account number ___ ___ ___ ___ | **$23,227.69** |

Nonpriority Creditor's Name

**1500 Pinecroft Rd., #200**

**Greensboro, NC 27407**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt**

---

Debtor 1   **Dwight Samuel Mulberry**
Debtor 2   **Joni Michelle Mulberry**

Case number *(if known)*   **23-10804**

---

| 4.5 | **American Builders Insurance Company** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**P.O. Box 723099**
**Atlanta, GA 31139-0099**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____        **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt**

---

| 4.6 | **American Portable Services, Inc.** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**2327 West Kiowa Street**
**Colorado Springs, CO 80904**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____        **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt**

---

| 4.7 | **Anderson Landscaping** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**16715 Oak Brush Loop**
**Peyton, CO 80831**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____        **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt**

---

Debtor 1   **Dwight Samuel Mulberry**
Debtor 2   **Joni Michelle Mulberry**                                         Case number *(if known)*   **23-10804**

---

| 4.8 | **Anderson, Chad** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**16715 Oak Brush Loop**
**Peyton, CO 80831**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                                ■ Contingent

☐ Debtor 1 and Debtor 2 only          ☐ Unliquidated

■ At least one of the debtors and another   ☐ Disputed

☐ **Check if this claim is for a community**   **Type of NONPRIORITY unsecured claim:**
**debt**                                         ☐ Student loans

Is the claim subject to offset?                ☐ Obligations arising out of a separation agreement or divorce that you did not
                                               report as priority claims
■ No
                                               ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes
                                               ■ Other. Specify   **Business Debt**

---

| 4.9 | **Anthem Blue Cross/Blue Shield** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**P.O. Box 51011**
**Los Angeles, CA 90051-5311**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                                ■ Contingent

☐ Debtor 1 and Debtor 2 only          ☐ Unliquidated

■ At least one of the debtors and another   ☐ Disputed

■ **Check if this claim is for a community**   **Type of NONPRIORITY unsecured claim:**
**debt**                                         ☐ Student loans

Is the claim subject to offset?                ☐ Obligations arising out of a separation agreement or divorce that you did not
                                               report as priority claims
■ No
                                               ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes
                                               ■ Other. Specify   **Business Debt**

---

| 4.10 | **Arlun, Inc.** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**6250 Corporate Drive**
**Colorado Springs, CO 80919**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                                ■ Contingent

☐ Debtor 1 and Debtor 2 only          ☐ Unliquidated

■ At least one of the debtors and another   ☐ Disputed

☐ **Check if this claim is for a community**   **Type of NONPRIORITY unsecured claim:**
**debt**                                         ☐ Student loans

Is the claim subject to offset?                ☐ Obligations arising out of a separation agreement or divorce that you did not
                                               report as priority claims
■ No
                                               ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes
                                               ■ Other. Specify   **Business Debt**

---

Debtor 1  **Dwight Samuel Mulberry**
Debtor 2  **Joni Michelle Mulberry**

Case number (if known)  **23-10804**

---

**4.1 1**

**ASAP Towing and Recovery**
Nonpriority Creditor's Name

**12615 Highway 94**
**Lot #A**
**Colorado Springs, CO 80929**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.1 2**

**Aspen Auto Clinic**
Nonpriority Creditor's Name

_____
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.1 3**

**AT&T**
Nonpriority Creditor's Name

**P.O. Box 6463**
**Carol Stream, IL 60197-6463**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **6513**    **$4,187.49**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1   **Dwight Samuel Mulberry**
Debtor 2   **Joni Michelle Mulberry**

Case number (if known)   **23-10804**

---

| 4.1 4 | **Atkinson, Bart** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**6265 Lehman Drive**
**Suite 100**
**Colorado Springs, CO 80918**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____   **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt**

---

| 4.1 5 | **Atmos Energy** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**P.O. Box 740353**
**Cincinnati, OH 45274-0353**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   **2275**   **$156.65**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

| 4.1 6 | **Atmos Energy** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**P.O. Box 740353**
**Cincinnati, OH 45274-0353**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   **2051**   **$177.81**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

Debtor 1   **Dwight Samuel Mulberry**
Debtor 2   **Joni Michelle Mulberry**

Case number (if known)   **23-10804**

---

**4.17**

| **Auto Owners Insurance Group** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**P.O. Box 910**
**Castle Rock, CO 80104-0910**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt**

---

**4.18**

| **Automated Business Products** | Last 4 digits of account number   **6340** | **Unknown** |

Nonpriority Creditor's Name

**11999 East Caley Avenue**
**Suite A**
**Centennial, CO 80111**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt**

---

**4.19**

| **Avalanche Excavating, Inc.** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**1135 Red Canyon Rd.**
**Canon City, CO 81212**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt**

---

Debtor 1  **Dwight Samuel Mulberry**
Debtor 2  **Joni Michelle Mulberry**

Case number (if known)   **23-10804**

---

| 4.2 0 | **Barbosa, Jorge** | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**2007 Hubbard Lane**
**Fountain, CO 80817**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt**

---

| 4.2 1 | **Barton Supply** | Last 4 digits of account number | | **$17,997.83** |

Nonpriority Creditor's Name

**14800 E Moncrieff Place**
**Aurora, CO 80011**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt**

---

| 4.2 2 | **Best Buy Credit Services** | Last 4 digits of account number  4238 | | **$1,835.75** |

Nonpriority Creditor's Name

**P.O. Box 78009**
**Phoenix, AZ 85062-8009**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

---

Debtor 1  **Dwight Samuel Mulberry**
Debtor 2  **Joni Michelle Mulberry**

Case number (if known)  **23-10804**

---

| 4.2 3 | **BFS Group, LLC & Builders First Source** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**8037 Midway Drive**
**Littleton, CO 80125**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____     **$100,207.25**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business Debt**

---

| 4.2 4 | **Blazer Electric** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**P.O. Box 636**
**Pueblo, CO 81002-0636**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  **5827**     **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business Debt**

---

| 4.2 5 | **Blueprints, Inc.** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**319 South Nevada Avenue**
**Colorado Springs, CO 80903**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____     **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business Debt**

---

Debtor 1  **Dwight Samuel Mulberry**
Debtor 2  **Joni Michelle Mulberry**

Case number (if known)    **23-10804**

---

| 4.2 6 | |
|---|---|

**BNB Glass Company**
Nonpriority Creditor's Name

**4164 Austin Bluffs Parkway**
**Suite 316**
**Colorado Springs, CO 80918**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____          **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt**

---

| 4.2 7 | |
|---|---|

**Bradshaw and Associates**
Nonpriority Creditor's Name

**1980 Dominion Way**
**Suite 100**
**Colorado Springs, CO 80918**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____          **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt**

---

| 4.2 8 | |
|---|---|

**Brenda and Mark Peterson**
Nonpriority Creditor's Name

**47875 County Road 29**
**Elizabeth, CO 80107**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____          **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt**

---

Debtor 1  **Dwight Samuel Mulberry**

Debtor 2  **Joni Michelle Mulberry**

Case number (if known)   **23-10804**

---

| 4.2 9 | **Builders Custom Counter** | Last 4 digits of account number | | | **Unknown** |

Nonpriority Creditor's Name

**615 Wooten Road**
**Suite 190**
**Colorado Springs, CO 80915**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt**

---

| 4.3 0 | **Byram Healthcare** | Last 4 digits of account number   **9925** | | | **$1,402.50** |

Nonpriority Creditor's Name

**P.O. Box 277596**
**Atlanta, GA 30384-7586**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Medical Services**

---

| 4.3 1 | **C&C Grading/Excavating** | Last 4 digits of account number | | | **Unknown** |

Nonpriority Creditor's Name

**P.O. Box 25841**
**Colorado Springs, CO 80936**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt**

---

Debtor 1    **Dwight Samuel Mulberry**
Debtor 2    **Joni Michelle Mulberry**

Case number (if known)    **23-10804**

---

**4.3
2**

| **California Business Bureau, Inc.** | Last 4 digits of account number    **0924** | **$3,257.75** |
| --- | --- | --- |

Nonpriority Creditor's Name

**P.O. Box 5010**
**Monrovia, CA 91017-9974**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.3
3**

| **Canon Rental** | Last 4 digits of account number | **Unknown** |
| --- | --- | --- |

Nonpriority Creditor's Name

**401 South 9th Street**
**Canon City, CO 81212**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt**

---

**4.3
4**

| **Capital One Services, LLC** | Last 4 digits of account number    **5156** | **$10,792.64** |
| --- | --- | --- |

Nonpriority Creditor's Name

**P.O. Box 30285**
**Salt Lake City, UT 84130**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit Card**

---

Debtor 1 **Dwight Samuel Mulberry**

Debtor 2 **Joni Michelle Mulberry**

Case number (if known) **23-10804**

---

| 4.35 | **Capital View General Construction** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**d/b/a Mitchell Heating**
**1475 Selix Grove**
**Colorado Springs, CO 80915**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt**

---

| 4.36 | **Casaus Concrete and Excavation, LLC** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**1720 East 11th Street**
**Pueblo, CO 81001**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt**

---

| 4.37 | **Centura Health** | Last 4 digits of account number   3386 | $190.40 |

Nonpriority Creditor's Name

**P.O. Box 561538**
**Denver, CO 80256-1538**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Medical Services**

---

| Debtor 1 | **Dwight Samuel Mulberry** | | |
|---|---|---|---|
| Debtor 2 | **Joni Michelle Mulberry** | Case number (if known) | **23-10804** |

---

**4.38**

**Centura Health**
Nonpriority Creditor's Name

**P.O. Box 561538**
**Denver, CO 80256-1538**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**   **2911**                              **$139.20**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical Services**

---

**4.39**

**Century Link**
Nonpriority Creditor's Name

**P.O. Box 91155**
**Seattle, WA 98111-9255**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**                              **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt**

---

**4.40**

**Citibank, N.A.**
Nonpriority Creditor's Name

**c/o The Moore Law Group, P.C.**
**P.O. Box 25145**
**Santa Ana, CA 92799**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**   **1524**                              **$1,835.75**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Home Depot Card - Used for Business**

---

Debtor 1  **Dwight Samuel Mulberry**
Debtor 2  **Joni Michelle Mulberry**

Case number (if known)   **23-10804**

---

**4.4 1**

**City of Canon City**
Nonpriority Creditor's Name

**P.O. Box 17047**
**Denver, CO 80217-0047**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **5026**                $300.71

When was the debt incurred?   **November 30, 2022 to January 3, 2023**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Utilities**
**1548 Elm Avenue**

---

**4.4 2**

**City of Canon City**
Nonpriority Creditor's Name

**P.O. Box 17047**
**Denver, CO 80217-0047**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **5027**                $303.27

When was the debt incurred?   **November 30, 2022 to January 3, 2023**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Utilities**
**1544 Elm Avenue**

---

**4.4 3**

**Colorado Dept of Labor and Employment**
Nonpriority Creditor's Name

**P.O. Box 8789**
**Denver, CO 80201-8789**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number                     **Unknown**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt**

---

Debtor 1  **Dwight Samuel Mulberry**

Debtor 2  **Joni Michelle Mulberry**

Case number (if known)  **23-10804**

---

| 4.4 4 | **Colorado Springs Foot and Ankle** | Last 4 digits of account number | **3426** | | **$27.02** |

Nonpriority Creditor's Name

**ATTN: #5369M**
**P.O. Box 14000**
**Belfast, ME 04915-4033**

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Medical Services**

---

| 4.4 5 | **Colorado Springs Utilities** | Last 4 digits of account number | | | **Unknown** |

Nonpriority Creditor's Name

**P.O. Box 340**
**Colorado Springs, CO 80901**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt**

---

| 4.4 6 | **Comcast Business** | Last 4 digits of account number | | | **Unknown** |

Nonpriority Creditor's Name

**P.O. Box 60533**
**City of Industry, CA 91716-0533**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt**

---

| Debtor 1 | **Dwight Samuel Mulberry** | | |
|---|---|---|---|
| Debtor 2 | **Joni Michelle Mulberry** | Case number (if known) | **23-10804** |

---

| 4.4 7 | **Comenity Bank** | Last 4 digits of account number | **2682** | **$1,243.78** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**P.O. Box 182273**
**Columbus, OH 43218-2273**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.4 8 | **Concrete Coring Company** | Last 4 digits of account number | | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**P.O. Box 665**
**Westminster, CO 80036**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt**

---

| 4.4 9 | **Credit One Bank** | Last 4 digits of account number | | **$1,199.73** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**P.O. Box 98873**
**Las Vegas, NV 89193-8873**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1   **Dwight Samuel Mulberry**
Debtor 2   **Joni Michelle Mulberry**

Case number (if known)   **23-10804**

---

| 4.5 0 | **Credit One Bank Credit Card** | Last 4 digits of account number   **5485** | **$2,843.41** |

Nonpriority Creditor's Name

**P.O. Box 60500**
**City of Industry, CA 91716-0500**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

---

| 4.5 1 | **Credit Service Company, Inc.** | Last 4 digits of account number   **9922** | **$300.00** |

Nonpriority Creditor's Name

**P.O. Box 1120**
**Colorado Springs, CO 80901**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify

---

| 4.5 2 | **Credit Union of Colorado** | Last 4 digits of account number | **$51,054.28** |

Nonpriority Creditor's Name

**P.O. Box 300007**
**Denver, CO 80203-0007**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify

---

Debtor 1  **Dwight Samuel Mulberry**
Debtor 2  **Joni Michelle Mulberry**

Case number (if known)  **23-10804**

---

| 4.5 3 | | |
|---|---|---|

**Crossed Paths Surveying Services**
Nonpriority Creditor's Name

**P.O. Box 49742**
**Colorado Springs, CO 80949-9742**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____          **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business Debt**

---

| 4.5 4 | | |
|---|---|---|

**Crown Lift Trucks**
Nonpriority Creditor's Name

**P.O. Box 8641173**
**Cincinnati, OH 45264-1173**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____          **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business Debt**

---

| 4.5 5 | | |
|---|---|---|

**Dakota Hideout POA**
Nonpriority Creditor's Name

**2590 Dakota Lane**
**Canon City, CO 81212**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____          **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business Debt**

---

Debtor 1  **Dwight Samuel Mulberry**

Debtor 2  **Joni Michelle Mulberry**

Case number (if known)    **23-10804**

---

| 4.5 6 | **Department of the Treasury** | Last 4 digits of account number | | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Ogden, UT 84201-0039**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt**

---

| 4.5 7 | **DeWeese-Dye Ditch and Reservoir Co.** | Last 4 digits of account number | **1904** | **$674.61** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**P.O. Box 759**

**Canon City, CO 81215**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Barbara Sadler (Merlino) 1544 Elm Avenue Canon City, CO 81212**

---

| 4.5 8 | **Discover Card** | Last 4 digits of account number | **0180** | **$9,504.24** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**P.O. Box 30923**

**Salt Lake City, UT 84130**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Credit Card**

---

Debtor 1  **Dwight Samuel Mulberry**
Debtor 2  **Joni Michelle Mulberry**

Case number (if known)  **23-10804**

---

| 4.5 9 | | | |
|---|---|---|---|

**Douglas S. McIver & Lucinda McIver**

Last 4 digits of account number _____

$800,000.00

Nonpriority Creditor's Name
**c/o Taylor Minshall**
**1311 Interquest Pkwy., STE 110**
**Colorado Springs, CO 80921**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

Is the claim subject to offset?

■ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Litigation Claims**

---

| 4.6 0 | | | |
|---|---|---|---|

**Duffy Crane and Hauling**

Last 4 digits of account number _____

**Unknown**

Nonpriority Creditor's Name
**10180 Brighton Road**
**Henderson, CO 80640**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

Is the claim subject to offset?

■ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt**

---

| 4.6 1 | | | |
|---|---|---|---|

**Dukes Electric**

Last 4 digits of account number _____

**Unknown**

Nonpriority Creditor's Name
**P.O. Box 453**
**Monument, CO 81032**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

Is the claim subject to offset?

■ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt**

---

Debtor 1  **Dwight Samuel Mulberry**

Debtor 2  **Joni Michelle Mulberry**

Case number (if known)  **23-10804**

---

| 4.6 2 | **E-470 Public Highway Authority** | Last 4 digits of account number | **6931** | **$69.55** |

Nonpriority Creditor's Name

**P.O. Box 5470**

**Denver, CO 80217-5470**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify

---

| 4.6 3 | **Electric Heat Service and Supply** | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**6225 West 48th Avenue**

**Unit 105**

**Wheat Ridge, CO 80033-3678**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt**

---

| 4.6 4 | **Elite Plumbing** | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**89887 Village Pines Circle**

**Franktown, CO 80116**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt**

---

Debtor 1   **Dwight Samuel Mulberry**

Debtor 2   **Joni Michelle Mulberry**

Case number (if known)   **23-10804**

---

| 4.6 5 | **Emergency Medical Specialist** | Last 4 digits of account number   **1001** | **$27.60** |

Nonpriority Creditor's Name

**c/o Wakefield and Associates**
**P.O. Box 58**
**830 East Platte Avenue, Unit A**
**Fort Morgan, CO 80701**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify   **Medical Services**

---

| 4.6 6 | **Energy Alternatives Systems, Inc.** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**166 West Pueblo Blvd.**
**Pueblo, CO 81004**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify   **Business Debt**

---

| 4.6 7 | **Energy, Inc.** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**2910 North Powers Blvd.**
**Suite 212**
**Colorado Springs, CO 80922**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify   **Business Debt**

---

Debtor 1  **Dwight Samuel Mulberry**
Debtor 2  **Joni Michelle Mulberry**                                        Case number (if known)  **23-10804**

---

**4.68**

**Ensign**                                              Last 4 digits of account number _____          **Unknown**
Nonpriority Creditor's Name
**6265 Lehman Drive**                                   When was the debt incurred?  _____
**Suite 100**
**Colorado Springs, CO 80918**                          As of the date you file, the claim is: Check all that apply
Number Street City State Zip Code
Who incurred the debt? Check one.
☐ Debtor 1 only                                         ☐ Contingent
☐ Debtor 2 only                                         ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                            ☐ Disputed
☑ At least one of the debtors and another               **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**            ☐ Student loans
**debt**                                                ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                         report as priority claims
☑ No                                                    ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                   ☑ Other. Specify  **Business Debt**

---

**4.69**

**Entech Engineering, Inc.**                            Last 4 digits of account number _____          **Unknown**
Nonpriority Creditor's Name
**505 Elkton Drive**                                    When was the debt incurred?  _____
**Colorado Springs, CO 80907**                          As of the date you file, the claim is: Check all that apply
Number Street City State Zip Code
Who incurred the debt? Check one.
☐ Debtor 1 only                                         ☐ Contingent
☐ Debtor 2 only                                         ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                            ☐ Disputed
☑ At least one of the debtors and another               **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community**           ☐ Student loans
**debt**                                                ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                         report as priority claims
☑ No                                                    ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                   ☑ Other. Specify  **Business Debt**

---

**4.70**

**Evolution Plastering LLC**                            Last 4 digits of account number _____          **Unknown**
Nonpriority Creditor's Name
**2347 Platte Place**                                   When was the debt incurred?  _____
**Colorado Springs, CO 80909**                          As of the date you file, the claim is: Check all that apply
Number Street City State Zip Code
Who incurred the debt? Check one.
☐ Debtor 1 only                                         ☐ Contingent
☐ Debtor 2 only                                         ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                            ☐ Disputed
☑ At least one of the debtors and another               **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community**           ☐ Student loans
**debt**                                                ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                         report as priority claims
☑ No                                                    ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                   ☑ Other. Specify  **Business Debt**

---

Debtor 1  **Dwight Samuel Mulberry**
Debtor 2  **Joni Michelle Mulberry**

Case number (if known)  **23-10804**

---

| 4.7 1 | **FCF Premium Finance LLP** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**P.O. Box 1358**
**Grand Junction, CO 81502**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____          **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt**

---

| 4.7 2 | **Firetree Development** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**6265 Lehman Drive**
**Suite 100**
**Colorado Springs, CO 80918**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____          **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt**

---

| 4.7 3 | **Folkstead Fazekas Barrick Patoile PC** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**18 South Wilcox Street**
**Suite 200**
**Castle Rock, CO 80104-1909**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____          **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt**

---

Debtor 1  **Dwight Samuel Mulberry**

Debtor 2  **Joni Michelle Mulberry**

Case number (if known)  **23-10804**

---

| 4.7 4 | **Fremont County Treasurer** | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**615 Macon Avenue**
**Suite 104**
**Canon City, CO 81212**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ Contingent

☐ Unliquidated

☐ Disputed

**☐ Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business Debt**

---

| 4.7 5 | **Front Range Cabinets** | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**925 Ford Street**
**Colorado Springs, CO 80915**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ Contingent

■ Unliquidated

☐ Disputed

**☐ Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business Debt**

---

| 4.7 6 | **GEB Holdings, LLC** | Last 4 digits of account number | | **$32,264.52** |

Nonpriority Creditor's Name

**1755 Jet Stream Drive**
**Colorado Springs, CO 80921**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ Contingent

■ Unliquidated

☐ Disputed

**☐ Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business Debt**

---

Debtor 1   **Dwight Samuel Mulberry**
Debtor 2   **Joni Michelle Mulberry**

Case number (if known)   **23-10804**

---

**4.77**

| | | |
|---|---|---|
| **Geico** | Last 4 digits of account number   **1958** | **$1,205.00** |

Nonpriority Creditor's Name

**P.O. Box 70775**
**Philadelphia, PA 19176-0775**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

**4.78**

| | | |
|---|---|---|
| **Geico Casualty Company** | Last 4 digits of account number   **1958** | **$518.98** |

Nonpriority Creditor's Name

**P.O. Box 70775**
**Philadelphia, PA 19176-0775**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

**4.79**

| | | |
|---|---|---|
| **Geoquest LLC** | Last 4 digits of account number   _____ | **Unknown** |

Nonpriority Creditor's Name

**6825 Silver Ponds Heights**
**Suite 102**
**Colorado Springs, CO 80908**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt**

---

Debtor 1  **Dwight Samuel Mulberry**

Debtor 2  **Joni Michelle Mulberry**

Case number (if known)  **23-10804**

---

**4.80**

**Get a Grip Front Range**

Nonpriority Creditor's Name

**3578 Hartsel Drive**
**Suite E-181**
**Colorado Springs, CO 80920**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No

☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**Unknown**

As of the date you file, the claim is: Check all that apply

☑ Contingent

☑ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  **Business Debt**

---

**4.81**

**GFL Environmental**

Nonpriority Creditor's Name

**c/o Transworld Systems**
**500 Virginia Drive, Suite 514**
**Fort Washington, PA 19034**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No

☐ Yes

Last 4 digits of account number **2971**

When was the debt incurred? _____

**$76.59**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify _____

---

**4.82**

**Greg & Vivienne Varga**

Nonpriority Creditor's Name

**c/o Robinson & Henry, P.C**
**7555 E. Hampden Ave., STE 600**
**Denver, CO 80231**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No

☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**$249,455.05**

As of the date you file, the claim is: Check all that apply

☑ Contingent

☑ Unliquidated

☑ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  **Business Debt**

---

Debtor 1  **Dwight Samuel Mulberry**
Debtor 2  **Joni Michelle Mulberry**

Case number (if known)   **23-10804**

| 4.8 3 | **H&D Monument** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**320 Starfire Way**
**Golden, CO 80401**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No
☐ Yes

**Last 4 digits of account number** _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt**

---

| 4.8 4 | **Hajoca Corp d/b/a Dahl Plumbing** | | $11,463.76 |
|---|---|---|---|

Nonpriority Creditor's Name

**4305 Sinton Rd.**
**Colorado Springs, CO 80907**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt**

---

| 4.8 5 | **Hawker Family Rentals, LLP** | | $526,353.33 |
|---|---|---|---|

Nonpriority Creditor's Name

**c/o Mark D. Francis**
**1880 Office Club Pointe, STE 140**
**Colorado Springs, CO 80920**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt**

Debtor 1  **Dwight Samuel Mulberry**

Debtor 2  **Joni Michelle Mulberry**

Case number (if known)  **23-10804**

---

**4.8 6**

**Hawker, Brent**

Nonpriority Creditor's Name

**6265 Lehman Drive**
**Suite 100**
**Colorado Springs, CO 80918**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☒ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

Last 4 digits of account number _____   **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☒ Contingent

☒ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify   **Business Debt**

---

**4.8 7**

**Higher Elevation Grading LLC**

Nonpriority Creditor's Name

**6745 Liberator Trail**
**Colorado Springs, CO 80925**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☒ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

Last 4 digits of account number _____   **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☒ Contingent

☒ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify   **Business Debt**

---

**4.8 8**

**Home Depot Credit Services**

Nonpriority Creditor's Name

**P.O. Box 78011**
**Phoenix, AZ 85062-8011**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☒ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

Last 4 digits of account number   **4646**   **$2,758.27**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify   **Credit Card**

---

Debtor 1  **Dwight Samuel Mulberry**
Debtor 2  **Joni Michelle Mulberry**

Case number (if known)  **23-10804**

---

**4.89**

**Hooper Trucking**
Nonpriority Creditor's Name
**P.O. Box 25841**
**Colorado Springs, CO 80936**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____     **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt**

---

**4.90**

**Innovative Construction, Inc.**
Nonpriority Creditor's Name
**3333 North El Paso Street**
**Suite F**
**Colorado Springs, CO 80907**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____     **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt**

---

**4.91**

**International Stoneworks LLC**
Nonpriority Creditor's Name
**80 South Spruce Mountain Road**
**P.O. Box 1367**
**Palmer Lake, CO 80133**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____     **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt**

---

Debtor 1   **Dwight Samuel Mulberry**
Debtor 2   **Joni Michelle Mulberry**

Case number *(if known)*   **23-10804**

---

**4.92**

**Irhythm Technologies, Inc.**
Nonpriority Creditor's Name
**Department CH 19717**
**Palatine, IL 60055-9717**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number   **9591**                          **$52.50**

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   _____

---

**4.93**

**JDM Consulting, LLC**
Nonpriority Creditor's Name
**P.O. Box 26137**
**Colorado Springs, CO 80936**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number   _____          **Unknown**

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt**

---

**4.94**

**Jesik Consulting**
Nonpriority Creditor's Name
**800 West 8th Street**
**Pueblo, CO 81003**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number   _____          **Unknown**

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt**

---

Debtor 1  **Dwight Samuel Mulberry**
Debtor 2  **Joni Michelle Mulberry**

Case number (if known)  **23-10804**

---

| 4.9 5 | | | |
|---|---|---|---|

**Johnny's Plumbing & Hydronics Co.**
Nonpriority Creditor's Name

**PO Box 787**
**Canon City, CO 81215**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

$3,883.81

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business Debt**

---

| 4.9 6 | | | |
|---|---|---|---|

**Jose's Concrete**
Nonpriority Creditor's Name

**12090 Garrett Road**
**Peyton, CO 80831**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

Unknown

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business Debt**

---

| 4.9 7 | | | |
|---|---|---|---|

**Kings Deer Homeowners Association**
Nonpriority Creditor's Name

**P.O. Box 3143**
**Monument, CO 80132**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

Unknown

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business Debt**

---

| Debtor 1 | **Dwight Samuel Mulberry** | | |
|---|---|---|---|
| Debtor 2 | **Joni Michelle Mulberry** | Case number (if known) | **23-10804** |

---

**4.98**

**Kinsale Insurnace**

Nonpriority Creditor's Name

**P.O. Box 734986**
**Dallas, TX 75373-4986**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

Last 4 digits of account number _____   **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify   **Business Debt**

---

**4.99**

**Kohls**

Nonpriority Creditor's Name

**c/o Merchants and Medical Credit Corp.**
**6324 Taylor Drive**
**Flint, MI 48507-4685**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

Last 4 digits of account number   **7922**   **$1,051.64**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify _____

---

**4.100**

**Kohls Payment Center**

Nonpriority Creditor's Name

**P.O. Box 60043**
**City of Industry, CA 91716-0043**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

Last 4 digits of account number   **9588**   **$1,522.89**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify   **Credit Card**

---

| Debtor 1 | **Dwight Samuel Mulberry** | | |
|---|---|---|---|
| Debtor 2 | **Joni Michelle Mulberry** | Case number (if known) | **23-10804** |

---

**4.1 01**

**Kubota Credit Corporation**
Nonpriority Creditor's Name
**P.O. Box 2046**
**Grapevine, TX 76099**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt
Is the claim subject to offset?
☒ No
☐ Yes

**Last 4 digits of account number** _____      **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify     **Business Debt**

---

**4.1 02**

**Kunau Dilling, LLC**
Nonpriority Creditor's Name
**23945 Lucky Lane**
**Calhan, CO 80808**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a  community debt
Is the claim subject to offset?
☒ No
☐ Yes

**Last 4 digits of account number** _____      **$28,107.41**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify     **Business Debt**

---

**4.1 03**

**LEAF Capital Funding, LLC**
Nonpriority Creditor's Name
**c/o Fleischer Fleischer & Suglia, PC**
**Four Greentree Centre, Suite 305**
**601 Route 73 North**
**Marlton, NJ 08053-3470**
Number Street City State Zip Code
Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a  community debt
Is the claim subject to offset?
☒ No
☐ Yes

**Last 4 digits of account number** _____      **$8,117.91**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify     **Attorneys Fees**

---

Debtor 1  **Dwight Samuel Mulberry**
Debtor 2  **Joni Michelle Mulberry**                    Case number (if known)    **23-10804**

| 4.1 04 | **Leaf Commercial Capital, Inc.** | Last 4 digits of account number _____ | $6,494.33 |

Nonpriority Creditor's Name
**One Commerce Square**
**2005 Market St., 14th Floor**
**Philadelphia, PA 19103**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt**

---

| 4.1 05 | **Legacy Stucco and Stone** | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
**11890 Garrett Road**
**Peyton, CO 80831**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt**

---

| 4.1 06 | **Lowe's Advantage Card** | Last 4 digits of account number  8952 | $1,275.69 |

Nonpriority Creditor's Name
**c/o Synchrony Bank**
**P.O. Box 965004**
**Orlando, FL 32896-5004**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit Card - Use for Business**

---

Debtor 1  **Dwight Samuel Mulberry**

Debtor 2  **Joni Michelle Mulberry**

Case number (if known)  **23-10804**

---

| 4.1 07 | **Lowes Consumer Credit Card** | | Last 4 digits of account number | **9720** | **$1,384.53** |

Nonpriority Creditor's Name

**c/o Client Services, Inc.**
**3451 Harry S. Truman Blvd.**
**St. Charles, MO 63301-4047**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.1 08 | **Lozano CG Roofing** | | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**P.O. Box 24544**
**Silverthorne, CO 80498**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt**

---

| 4.1 09 | **LVNV Funding LLC** | | Last 4 digits of account number | **4687** | **$2,843.41** |

Nonpriority Creditor's Name

**c/o Credit Control LLC**
**3300 Rider Trail South, Suite 500**
**Earth City, MO 63045**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

Debtor 1  **Dwight Samuel Mulberry**
Debtor 2  **Joni Michelle Mulberry**                                    Case number (if known)    **23-10804**

| 4.1 10 | **Manns Electric** | | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name

**329 North Reynolds**
**Canon City, CO 81212**

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt** _____

---

| 4.1 11 | **Mountain High Appliance** | | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name

**601 East 64th Avenue**
**Building C**
**Denver, CO 80229**

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt** _____

---

| 4.1 12 | **MS Stone and Concrete** | | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name

**P.O. Box 493**
**Leadville, CO 80461**

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt** _____

---

Debtor 1  **Dwight Samuel Mulberry**
Debtor 2  **Joni Michelle Mulberry**

Case number (*if known*)  **23-10804**

---

| 4.1 13 | **National Service Bureau** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**P.O. Box 747**
**Bothell, WA 90841-0747**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt**

---

| 4.1 14 | **New West Physicians** | Last 4 digits of account number  **0291** | **$25.00** |

Nonpriority Creditor's Name

**P.O. Box 17312**
**Denver, CO 80217-5280**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Medical Services**

---

| 4.1 15 | **Optum Care Colorado Springs** | Last 4 digits of account number _____ | **$125.00** |

Nonpriority Creditor's Name

**2 South Cascade**
**Suite 140**
**Colorado Springs, CO 80903**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1  **Dwight Samuel Mulberry**
Debtor 2  **Joni Michelle Mulberry**

Case number (if known)  **23-10804**

---

**4.1
16**

**Pacific Construction LLC**
Nonpriority Creditor's Name

**P.O. Box 5676**
**Colorado Springs, CO 80931**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____     **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt**

---

**4.1
17**

**Peak Gastroenterology**
Nonpriority Creditor's Name

**2920 North Cascade Avenue**
**Suite 301**
**Colorado Springs, CO 80907-6262**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  **5295**     **$50.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Medical Services**

---

**4.1
18**

**Peak Lighting**
Nonpriority Creditor's Name

**4315 Sinton**
**Colorado Springs, CO 80907**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____     **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt**

---

Debtor 1   **Dwight Samuel Mulberry**
Debtor 2   **Joni Michelle Mulberry**

Case number (*if known*)   **23-10804**

---

**4.1
19**

**Pinnacle Inspections**

Nonpriority Creditor's Name

**15330 Terra Ridge Circle
Colorado Springs, CO 80908**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____          **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt**

---

**4.1
20**

**Pinnacol Assurance**

Nonpriority Creditor's Name

**P.O. Box 561434
Denver, CO 80256-1434**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____          **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt**

---

**4.1
21**

**Platinum Card/Capital One**

Nonpriority Creditor's Name

**P.O. Box 30285
Salt Lake City, UT 84130**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** 7281          **$3,336.27**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

---

Debtor 1  **Dwight Samuel Mulberry**

Debtor 2  **Joni Michelle Mulberry**

Case number (if known)  **23-10804**

---

**4.1 22**

**Platinum Mastercard**

| | |
|---|---|
| Nonpriority Creditor's Name | Last 4 digits of account number **5156**   $11,034.54 |

**Capital One**
**P.O. Box 60519**
**City of Industry, CA 91716-0519**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Credit Card**

---

**4.1 23**

**Quicksilver One Card/Capital One**

| | |
|---|---|
| Nonpriority Creditor's Name | Last 4 digits of account number **0641**   $2,400.02 |

**P.O. Box 30285**
**Salt Lake City, UT 84130**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Credit Card**

---

**4.1 24**

**Quicksilver One Card/Capital One**

| | |
|---|---|
| Nonpriority Creditor's Name | Last 4 digits of account number **4269**   $6,117.04 |

**P.O. Box 30285**
**Salt Lake City, UT 84130**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Credit Card**

---

| Debtor 1 | **Dwight Samuel Mulberry** | | |
|---|---|---|---|
| Debtor 2 | **Joni Michelle Mulberry** | Case number (if known) | **23-10804** |

---

**4.1 25**

**Radiology Imaging Consultants, P.C.**
Nonpriority Creditor's Name
**P.O. Box 912688**
**Denver, CO 80291-2688**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**    **3789**                                      **$31.60**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Medical Services**

---

**4.1 26**

**Retina Consultants**
Nonpriority Creditor's Name
**2770 North Union Blvd.**
**Suite 140**
**Colorado Springs, CO 80909-1183**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**    **8049**                                      **$50.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

---

**4.1 27**

**Revco Solutions, Inc.**
Nonpriority Creditor's Name
**P.O. Box 163279**
**Columbus, OH 43216-3279**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**    **7467**                                      **$52.50**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1  **Dwight Samuel Mulberry**
Debtor 2  **Joni Michelle Mulberry**                                      Case number (if known)    **23-10804**

---

| 4.1 28 | **Richard Whitney Roofing** | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name
**1224 Indiana Avenue**
**Canon City, CO 81212**

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt**

---

| 4.1 29 | **Ricks Pump Service** | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name
**1316 Elm Avenue**
**Canon City, CO 81212**

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt**

---

| 4.1 30 | **Robert and Tara Bradford** | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name
**6430 Signal Mountain Road**
**Beulah, CO 81023**

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt**

---

Debtor 1 **Dwight Samuel Mulberry**
Debtor 2 **Joni Michelle Mulberry**

Case number (*if known*)   **23-10804**

---

| 4.1 31 | **Roberts Construction** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**889 North Orchard Avenue**
**Canon City, CO 81212**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business Debt**

---

| 4.1 32 | **Rockies Drain and Waterproofing** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**14171 True Mountain Drive**
**Larkspur, CO 80118**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business Debt**

---

| 4.1 33 | **Rocky Mountain Fire Extinguisher** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**1634 West Camino de los Ranchos Drive**
**Pueblo, CO 81007**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business Debt**

---

Debtor 1 **Dwight Samuel Mulberry**
Debtor 2 **Joni Michelle Mulberry**

Case number (if known)    **23-10804**

---

| 4.1 34 | **Roger & Sandra Ewer** | Last 4 digits of account number | **$50,000.00** |

Nonpriority Creditor's Name

**2259 White Cliff Way**
**Monument, CO 80132**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt**

---

| 4.1 35 | **Rusin** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**4004 Mark Dabling Drive**
**Colorado Springs, CO 80907**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is: Check all that apply**

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt**

---

| 4.1 36 | **Sachanandani, Hari and Doris** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**320 Starfire Way**
**Golden, CO 80401**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is: Check all that apply**

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt**

---

Debtor 1  **Dwight Samuel Mulberry**
Debtor 2  **Joni Michelle Mulberry**

Case number (if known)   **23-10804**

---

| 4.1 37 | **Sam's Club/Synchrony Bank** | Last 4 digits of account number | **0812** | **$3,062.89** |

Nonpriority Creditor's Name

**P.O. Box 960013**
**Orlando, FL 32896-0013**
Number Street City State Zip Code

**When was the debt incurred?**

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

---

| 4.1 38 | **Saturn Systems** | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**P.O. Box 482**
**Bailey, CO 80421**
Number Street City State Zip Code

**When was the debt incurred?**

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ■ **Check if this claim is for a  community debt**

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt**

---

| 4.1 39 | **Seth Anderson** | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**16715 Oak Brush Loop**
**Peyton, CO 80831**
Number Street City State Zip Code

**When was the debt incurred?**

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ■ **Check if this claim is for a  community debt**

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt**

---

Debtor 1    **Dwight Samuel Mulberry**
Debtor 2    **Joni Michelle Mulberry**

Case number *(if known)*    **23-10804**

| 4.1 40 | **Sherwin Williams** | Last 4 digits of account number _____ | $20,864.06 |

Nonpriority Creditor's Name
**2225 W. Whispering Wind Dr.**
**Phoenix, AZ 85085**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Business Debt**

---

| 4.1 41 | **Silver and Blue Concrete** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**7189 Cole View**
**Colorado Springs, CO 80915**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt**

---

| 4.1 42 | **Simplified Technology** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**6189 Lehman Drive**
**Suite 105**
**Colorado Springs, CO 80918**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Business Debt**

---

Debtor 1   **Dwight Samuel Mulberry**
Debtor 2   **Joni Michelle Mulberry**                                      Case number (if known)   **23-10804**

---

| 4.1 43 | **Small Business Administration** | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name
**P.O. Box 3918**
**Portland, OR 97208-3918**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt**

---

| 4.1 44 | **Spark Cash Credit Card/Capital One** | **Last 4 digits of account number** **2067** | **$5,522.65** |

Nonpriority Creditor's Name
**P.O. Box 30285**
**Salt Lake City, UT 84130**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

---

| 4.1 45 | **Stone International** | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name
**6908 North Academy Blvd.**
**Colorado Springs, CO 80918**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt**

---

Debtor 1 **Dwight Samuel Mulberry**

Debtor 2 **Joni Michelle Mulberry**

Case number (if known) **23-10804**

---

**4.1**
**46**

**Straightline Construction**

Nonpriority Creditor's Name

**P.O. Box 3483**
**Monument, CO 80132**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____              **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt**

---

**4.1**
**47**

**Surgical Center of Peak Endoscopy**

Nonpriority Creditor's Name

**2920 North Cascade Avenue**
**Suite 301**
**Colorado Springs, CO 80907-6262**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number **5295**              **$250.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Medical Services**

---

**4.1**
**48**

**Sweetwater Sound/Synchrony Bank**

Nonpriority Creditor's Name

**P.O. Box 960061**
**Orlando, FL 32896-0061**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number **1141**              **$1,617.62**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

Debtor 1 **Dwight Samuel Mulberry**

Debtor 2 **Joni Michelle Mulberry**

Case number (if known)   **23-10804**

---

| 4.1 49 | | | |
|---|---|---|---|

**Synchrony Bank**

Nonpriority Creditor's Name

**c/o Credit Control LLC**
**3300 Rider Trail South**
**Suite 500**
**Earth City, MO 63045**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

**$3,102.89**

---

| 4.1 50 | | | |
|---|---|---|---|

**Synchrony Bank/Lowe's Advantage Card**

Nonpriority Creditor's Name

**P.O. Box 530914**
**Atlanta, GA 30353-0914**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** 8952

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

**$1,344.53**

---

| 4.1 51 | | | |
|---|---|---|---|

**Synchrony Bank/PayPal Credit**

Nonpriority Creditor's Name

**P.O. Box 960006**
**Orlando, FL 32896-0006**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** 0314

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

**$3,153.94**

---

Debtor 1  **Dwight Samuel Mulberry**
Debtor 2  **Joni Michelle Mulberry**

Case number *(if known)*  **23-10804**

---

| 4.1 52 | **Tandem Diabetes Care** | Last 4 digits of account number | **Y0G8** | **$3,193.92** |

Nonpriority Creditor's Name

**P.O. Box 842981**
**Dallas, TX 75284-2981**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?**   **August and September 2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Medical Services**

---

| 4.1 53 | **Tandem Diabetes Care** | Last 4 digits of account number | **Y7C4** | **$84.00** |

Nonpriority Creditor's Name

**P.O. Box 842981**
**Dallas, TX 75284-2981**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Medical Services**

---

| 4.1 54 | **The Buckle Credit Card** | Last 4 digits of account number | **6227** | **$2,054.26** |

Nonpriority Creditor's Name

**c/o Comenity Bank**
**P.O. Box 182273**
**Columbus, OH 43218-2273**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit Card**

---

Debtor 1  **Dwight Samuel Mulberry**

Debtor 2  **Joni Michelle Mulberry**

Case number (if known)   **23-10804**

---

| 4.1 55 | **The Good Guys at Earthwise** |
|---|---|

Nonpriority Creditor's Name

**3890 Mallow Road**

**Colorado Springs, CO 80907**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number** _____      **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Business Debt**

---

| 4.1 56 | **Transformer Institute** |
|---|---|

Nonpriority Creditor's Name

**1824 Woodmoor Dr., STE 203**

**Monument, CO 80132**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number** _____      **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify _____

---

| 4.1 57 | **Tri Lakes Garage Doors** |
|---|---|

Nonpriority Creditor's Name

**15954 Jackson Creel Parkway**

**Suite B352**

**Monument, CO 80132**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number** _____      **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Business Debt**

---

Debtor 1  **Dwight Samuel Mulberry**
Debtor 2  **Joni Michelle Mulberry**

Case number (if known)  **23-10804**

---

| 4.1 58 | | | |
|---|---|---|---|

**Triangle Electric, Inc.**
Nonpriority Creditor's Name
**ATTN: Fran**
**P.O. Box 4068**
**Frisco, CO 80443**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**  **8250**                        **$778.24**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify

---

| 4.1 59 | | | |
|---|---|---|---|

**Triangle Electric, Inc.**
Nonpriority Creditor's Name
**ATTN: Fran**
**P.O. Box 4068**
**Frisco, CO 80443**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**  **8329**                        **$254.55**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify

---

| 4.1 60 | | | |
|---|---|---|---|

**U.S. Anesthesia Partners of Colorado**
Nonpriority Creditor's Name
**P.O. Box 8757**
**Coral Springs, FL 33075-8757**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**  **6224**                        **$191.40**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Medical Services**

---

Debtor 1 **Dwight Samuel Mulberry**
Debtor 2 **Joni Michelle Mulberry**

Case number (if known) **23-10804**

---

| 4.1 61 | **UC Healthcare** | Last 4 digits of account number | **7935** | **$300.00** |

Nonpriority Creditor's Name

**Business Services - Patient Accounting**
**P.O. Box 732144**
**Dallas, TX 75373-2144**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Medical Services**

---

| 4.1 62 | **Uchealth Memorial Hospital** | Last 4 digits of account number | **9367** | **$432.50** |

Nonpriority Creditor's Name

**c/o Credit Service Company, Inc.**
**P.O. Box 1120**
**Colorado Springs, CO 80901-1120**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Medical Services**

---

| 4.1 63 | **Uchealth Memorial Hospital North** | Last 4 digits of account number | **7455** | **$235.28** |

Nonpriority Creditor's Name

**c/o Credit Service Company, Inc.**
**P.O. Box 1120**
**Colorado Springs, CO 80901-1120**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Medical Services**

---

Debtor 1  **Dwight Samuel Mulberry**
Debtor 2  **Joni Michelle Mulberry**

Case number (*if known*)   **23-10804**

---

| 4.1 64 | **United Site Services** | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name
**P.O. Box 660475**
**Dallas, TX 75266-0475**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt**

---

| 4.1 65 | **University of Colorado Medicine** | **Last 4 digits of account number** **0981** | **$50.00** |

Nonpriority Creditor's Name
**Department 1059**
**Denver, CO 80256-1059**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical Services**

---

| 4.1 66 | **University of Colorado Medicine** | **Last 4 digits of account number** **5670** | **$13.96** |

Nonpriority Creditor's Name
**Department 1059**
**Denver, CO 80256-1059**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical Services**

---

Debtor 1  **Dwight Samuel Mulberry**
Debtor 2  **Joni Michelle Mulberry**

Case number (if known)   **23-10804**

---

**4.1 67**

**USACS of Colorado, Inc.**
Nonpriority Creditor's Name
**c/o Optum**
**P.O. Box 32710**
**Louisville, KY 40232-2710**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____         $529.12

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical Services**

---

**4.1 68**

**USLI**
Nonpriority Creditor's Name
**P.O. Box 62778**
**Baltimore, MD 21264-2778**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____         **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt**

---

**4.1 69**

**Velasquez Glass LLC**
Nonpriority Creditor's Name
**4855 Iron Horse Trail**
**Colorado Springs, CO 80917**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____         **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt**

---

Debtor 1  **Dwight Samuel Mulberry**

Debtor 2  **Joni Michelle Mulberry**

Case number (if known)  **23-10804**

---

| 4.1 70 | | | |
|---|---|---|---|

**Victoria's Secret**

Nonpriority Creditor's Name

**c/o Comenity Bank**
**P.O. Box 182273**
**Columbus, OH 43218-2273**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **8278**

$1,216.88

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.1 71 | | | |
|---|---|---|---|

**Viking Enterprise**

Nonpriority Creditor's Name

**1360 Ute Pass**
**Silverthorne, CO 80498**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt**

---

| 4.1 72 | | | |
|---|---|---|---|

**Waste Connections**

Nonpriority Creditor's Name

**28900 East Highway 96**
**Pueblo, CO 81001-6079**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt**

---

Debtor 1   **Dwight Samuel Mulberry**
Debtor 2   **Joni Michelle Mulberry**                                    Case number (if known)   **23-10804**

---

| 4.1 73 | **Waste Management** | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name
**P.O. Box 7400**
**Pasadena, CA 91109-7400**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business Debt**

---

| 4.1 74 | **Wayne Dalton** | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name
**P.O. Box 676576**
**Dallas, TX 75267-6576**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☒ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business Debt**

---

| 4.1 75 | **Wells Fargo Bank N.A.** | **Last 4 digits of account number** **7574** | **$8,224.54** |

Nonpriority Creditor's Name
**MAC F8235-040**
**P.O. Box 5129**
**Sioux Falls, SD 57117-5129**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   _____

---

Debtor 1 **Dwight Samuel Mulberry**
Debtor 2 **Joni Michelle Mulberry**

Case number (if known) **23-10804**

| 4.1 76 | **Xcel Energy** | | |

Nonpriority Creditor's Name

**P.O. Box 9477**
**Minneapolis, MN 55484-9477**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____     **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify     **Business Debt**

---

| 4.1 77 | **York Engineering** | | |

Nonpriority Creditor's Name

**7208 South Tucson Way**
**Suite 195**
**Centennial, CO 80112**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____     **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify     **Business Debt**

---

**Part 3:** **List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **ADP-SBS**<br>**c/o Don Leviton**<br>**One Pierce Place, STE 725W**<br>**Itasca, IL 60143** | Line **4.4** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |
| **Barton Supply**<br>**c/o A.G. Adjustments, LTD**<br>**740 Walt Whitman Rd.**<br>**Melville, NY 11747-9090** | Line **4.21** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |
| **Barton Supply**<br>**c/o BQ  & Associates**<br>**14211 Arbor Street, Suite 100**<br>**Omaha, NE 68144** | Line **4.21** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

| Debtor 1 | **Dwight Samuel Mulberry** |
|---|---|
| Debtor 2 | **Joni Michelle Mulberry** |

Case number (if known)   **23-10804**

Last 4 digits of account number

---

Name and Address
**BFS Group, LLC & Builders**
**FirstSource**
**c/o Scott Havn**
**Arnold & Arnold, LLP**
**7691 Shaffer Parkway, STE A**
**Littleton, CO 80127**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.23** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Brenda & Mark Peterson**
**c/o Bill Eikenberry**
**Jones & Keller**
**1675 Broadway, 26th Floor**
**Denver, CO 80202**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.28** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Capital One**
**P.O. Box 60519**
**City of Industry, CA 91716-0519**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.123** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Capital One**
**P.O. Box 60519**
**City of Industry, CA 91716-0519**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.144** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Capital One**
**P.O. Box 60519**
**City of Industry, CA 91716-0519**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.124** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Capital One**
**P.O. Box 60519**
**City of Industry, CA 91716-0519**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.121** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Citi Cards**
**P.O. Box 790345**
**Saint Louis, MO 63179-0345**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.88** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Client Services, Inc.**
**3451 Harry S. Truman Blvd.**
**Saint Charles, MO 63301-4047**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.149** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Credit Control LLC**
**P.O. Box 100**
**Hazelwood, MO 63042**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.109** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Credit Control LLC**
**P.O. Box 160**
**Hazelwood, MO 63042**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.149** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address

On which entry in Part 1 or Part 2 did you list the original creditor?

---

Official Form 106 E/F                Schedule E/F: Creditors Who Have Unsecured Claims                Page 62 of 66

| Debtor 1 | **Dwight Samuel Mulberry** |
|---|---|
| Debtor 2 | **Joni Michelle Mulberry** |

Case number (if known)    **23-10804**

---

**Department of the Treasury**
**Internal Revenue Service**
**P.O. Box 9019**
**Holtsville, NY 11742-9019**

Line **2.2** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Discover Card**
**P.O. Box 45909**
**San Francisco, CA 94145-0909**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.58** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**GEB Holdings, LLC**
**c/o Northvale Legal Services, LLC**
**PO Box 1863**
**Monument, CO 80132**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.76** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Geico Casualty Company**
**Regional Office**
**One GEICO Center**
**Macon, GA 31296-0001**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.77** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**GFL Environmental**
**P.O. Box 791519**
**Baltimore, MD 21279-1519**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.81** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Hajoca Corporation**
**c/o David B. Law**
**Miller & Law, P.C.**
**1900 W. Littleton Blvd.**
**Littleton, CO 80120**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.84** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**I.C. System, Inc.**
**P.O. Box 64378**
**Saint Paul, MN 55164-0378**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.30** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**I.C. Sysytem, Inc.**
**8310 South Valley Highway**
**Suite 300**
**Englewood, CO 80112**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.30** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **2.2** of (Check one):

☑ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Internal Revenue Service**
**Insolvency Unit**
**1999 Broadway**
**MS 5012 DEN**
**Denver, CO 80202-3025**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **2.2** of (Check one):

☑ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address

On which entry in Part 1 or Part 2 did you list the original creditor?

---

Debtor 1  **Dwight Samuel Mulberry**
Debtor 2  **Joni Michelle Mulberry**

Case number (if known)   **23-10804**

---

**Kohls Payment Center**
**P.O. Box 60043**
**City of Industry, CA 91716-0043**

Line **4.99** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Kunau Drilling, LLC**
**c/o Kenneth Davidson**
**305 Main Street, STE A**
**Colorado Springs, CO 80911**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.102** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Midland Credit Management, Inc.**
**P.O. Box 301030**
**Los Angeles, CA 90030-1030**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.47** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Midland Credit Management, Inc.**
**350 Camino De La Reina**
**Suite 100**
**San Diego, CA 92108**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.47** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Midland Credit Management, Inc.**
**350 Camino De La Reina**
**Suite 100**
**San Diego, CA 92108**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.49** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Midland Credit Management, Inc.**
**P.O. Box 301030**
**Los Angeles, CA 90030**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.49** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Office of the Attorney General**
**US Department of Justice**
**950 Pennsylvania Avenue, NW**
**Suite 4400**
**Washington, DC 20530-0001**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **2.2** of (Check one):

☑ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Office of the Attorney General**
**State of Colorado**
**1300 Broadway**
**Denver, CO 80203**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **2.1** of (Check one):

☑ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Office of the US Attorney**
**District of Colorado**
**1225 Seventeenth Street**
**Suite 700**
**Denver, CO 80202-2628**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **2.2** of (Check one):

☑ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Radius Global Solutions**
**P.O. Box 390846**
**Minneapolis, MN 55439**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.175** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address

On which entry in Part 1 or Part 2 did you list the original creditor?

| Debtor 1 | **Dwight Samuel Mulberry** | | | |
|---|---|---|---|---|
| Debtor 2 | **Joni Michelle Mulberry** | | Case number (if known) | **23-10804** |

| | | |
|---|---|---|
| **Radius Global Solutions LLC**<br>**7831 Glenroy Road, Suite 250A**<br>**Minneapolis, MN 55439** | Line **4.175** of (Check one):<br><br>Last 4 digits of account number | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**Roger & Sandra Ewer**<br>**c/o Richard Arnold**<br>**Arnold & Arnold**<br>**7691 Shaffer Parkway, STE A**<br>**Littleton, CO 80127** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.134** of (Check one):<br><br>Last 4 digits of account number | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**Saturn Systems**<br>**633 Rustlers Road**<br>**Bailey, CO 80421** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.158** of (Check one):<br><br>Last 4 digits of account number | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**Sherwin Williams**<br>**c/o Mike Prough**<br>**DeHaan & Bach**<br>**25 Whitney Dr., STE 106**<br>**Milford, OH 45150** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.140** of (Check one):<br><br>Last 4 digits of account number | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**State of Colorado**<br>**Division of Securities**<br>**1560 Broadway, Suite 900**<br>**Denver, CO 80202-5150** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **2.1** of (Check one):<br><br>Last 4 digits of account number | ■ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**Wells Fargo Bank**<br>**P.O. Box 5132**<br>**Sioux Falls, SD 57117-5132** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.175** of (Check one):<br><br>Last 4 digits of account number | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**Wells Fargo Bank, N.A.**<br>**P.O. Box 10410**<br>**Des Moines, IA 50306-0410** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.175** of (Check one):<br><br>Last 4 digits of account number | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**Wells Fargo Card Services**<br>**P.O. Box 71118**<br>**Charlotte, NC 28272-1118** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.175** of (Check one):<br><br>Last 4 digits of account number | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

## Part 4:   Add the Amounts for Each Type of Unsecured Claim

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159.** Add the amounts for each type of unsecured claim.

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 1,462.06 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 1,462.06 |

Debtor 1  **Dwight Samuel Mulberry**
Debtor 2  **Joni Michelle Mulberry**                                    Case number (if known)    **23-10804**

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. $ | 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. $ | 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. $ | 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. $ | 2,116,485.73 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. $ | 2,116,485.73 |