# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Dwight Samuel Mulberry | ) | **Case No. 23-10804-JGR** |
| Joni Michelle Mulberry, | ) | |
| | ) | |
| Debtors. | ) | |

## ENTRY OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS

The undersigned hereby enters his appearance on behalf of Hajoca Corporation d/b/a Dahl Plumbing and Heating, an interested party and creditor.

The undersigned hereby requests, pursuant to 11 U.S.C. Sec. 102(1), 342, and 1109(b) and Federal Rule of Bankruptcy Procedure 2002, 9007, and 9010 that all notices and papers including, but not limited to, orders and notices of any application, motion, petition, pleading, request, complaint or demand: (1) which affect or seek to affect in any way any rights or interests of this Creditor, with respect to: (a) the Debtors; (b) property or proceeds thereof in which the Debtors may claim an interest; or (2) which require or seek to require any act, delivery of any property, payment or other conduct by said Creditor, required to be served in this case, be served upon the following:

David B. Law
Miller & Law, P.C.
1900 W. Littleton Boulevard
Littleton, CO 80120

Dated this 22nd day of March, 2023.

**MILLER & LAW, P.C.**

s/ *David B. Law*
David B. Law, Esq. # 27370
Miller & Law, P.C.
1900 W. Littleton Boulevard
Littleton, CO 80120
Phone: (303) 722-6500
Fax: (303) 722-9270
dbl@millerandlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 22, 2023, I caused to be served via PACER a true and correct copy of this **ENTRY OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES** on all parties of record as listed on the current Mailing Matrix.


**MILLER & LAW, P.C.**

*/s/ Kelly A. Webb*
Kelly A. Webb, Paralegal