UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| DWIGHT SAMUEL MULBERRY | ) | Case No. 23-10804 JGR |
| SSN: XX-XXX-2755 | ) | |
| | ) | |
| JONI MICHELLE MULBERRY | ) | Chapter 7 |
| SSN: XX-XXX-8923 | ) | |
| Debtors. | ) | |

### MOTION FOR ORDER REQUIRING THE DEBTORS TO TURNOVER PROPERTY AND RECORDS TO THE TRUSTEE

Robertson B. Cohen, chapter 7 trustee, by and through his undersigned counsel, hereby moves, pursuant to F.R.B.P. 1019(4), for entry of an Order requiring the Debtors to turnover certain property and records to the Trustee. In support hereof, the Trustee states as follows:

1. On March 6, 2023 ("**Petition Date**"), the Debtors Dwight and Joni Mulberry ("**Debtors**") commenced a voluntary case under chapter 7 of title 11 of the United States Bankruptcy Code ("**Case**").

2. Robertson B. Cohen is the duly qualified and acting trustee of the Debtors' Chapter 7 bankruptcy case ("**Trustee**"). The Debtors' 11 U.S.C. § 341(a) Meeting of Creditors occurred April 3, 2023 ("**341 Meeting**").

3. One asset of the Debtors' estate is their 100% ownership interest in Craftsman Homes and Interiors, LLC ("**Craftsman**"). The Trustee has succeeded to the Debtors' ownership interest in Craftsman. *In re Albright*, 291 B.R. 538 (Bankr. D. Colo. 2003).

4. Through Craftsman, the Debtor Mr. Mulberry served as a general contractor on several failed real estate projects, resulting in numerous pre-petition claims against Craftsman and the Debtors, including but not limited to allegations of failing to pay for construction supplies, incomplete and partially finished construction projects, diversion of funds, and losses of deposits by homeowners who conducted business with Craftsman and the Debtor.

5. Debtor Dwight Mulberry also participated in at least one financial transaction (obtaining loans) in close proximity to the Petition Date.

6. Upon information and belief pre-petition the Debtors (through Craftsman) held title to various parcels of real property located in Colorado Springs, Woodland Park, and Canyon City, Colorado. Pre-petition, the Debtors either transferred titles to certain of those real estate parcels, allowed liens to be placed upon various of the properties, and purportedly borrowed funds on behalf of Craftsman from Mr. Brent Hawker, a real estate broker who sometimes worked through an entity known as Hawker Family Rentals, LLLP.

7. For example, upon information and belief, the Debtors transferred to Brent Hawker via quitclaim deed the title to two properties which had been inherited, located at 1544 Elm Avenue and 548 Elm Ave in Canyon City, Colorado. These trnasfers do not appear on the Debtor's statements and schedules.

8. Numerous claims and at least two (2) adversary proceedings have been filed in the Debtors' case from counterparties to contracts under which the Debtor Dwight Mulberry (through Craftsman) failed to perform, and parties have alleged that funds are missing or unaccounted for.

9. In order to further his investigation into property of the estate, the Trustee presently seeks turnover of the property and documents set forth below, and as follows:

    a. All of the Debtors' federal and state tax returns for the years 2018-2022.

    b. A complete copy of Craftsman's' electronically recorded financial records <u>in native format</u> (e.g. a QuickBooks database).

    c. If Craftsman's financial records are not electronically maintained, then all of Craftsman's financial records.

    d. Craftsman's original operating agreement and all amendments or restatements thereof.

    e. All minutes of meetings, written consents (in lieu of meetings), and resolutions of the members and/or manager(s) of Craftsman from the beginning of time, forward.

    f. All correspondence and emails between (i) Debtor Dwight Mulberry and (ii) Brent Hawker, from January 1, 2019, through the present.

    g. All agreements between the Debtors and Brent Hawker (and Hawker Family Rentals, LLLP), from the beginning of time, forward.

    h. All agreements between the Craftsman and Brent Hawker (and Hawker Family Rentals, LLLP), from the beginning of time, forward.

i. All documents reflecting the disposition of any funds received by either the Debtors or Craftsman, which pertain in any way to the following properties:

   (i) 2259 Crooked Lane, Woodland Park, Colorado;
   (ii) 602 Cowboy Way, Canon City, Colorado;
   (iii) 606 Cowboy Way, Canon City, Colorado;
   (iv) 3762-2768 Venice Grove, Colorado Springs, Colorado;
   (v) 14972 Crooked Lane, Woodland Park, CO;
   (vi) 2259 White Cliff Way, Monument, CO 80132;
   (vii) 85 Revett Drive, Lot 248, Breckenridge, CO 80424; and
   (viii) 47875 County Road 29, Elizabeth, CO 80107.

j. All documents reflecting how the Debtor Dwight Mulberry disposed of or otherwise spent the $12,500 received from Scott May and Carolyn Sant Angelo, received on or about November 22, 2022.

k. All documents concerning the Debtors' transfer of money or property or payment of expenses to or for the benefit of Craftsman from the beginning of time, forward, including without limitation all checks, drafts, wire and ACH transfers, bank statements and bank records.

l. All documents concerning Craftsman's transfer of money or property or payment of expenses to or for the benefit of the Debtors from the beginning of time, forward, including without limitation all checks, drafts, wire and ACH transfers, bank statements and bank records.

m. All documents concerning the Debtors' transfer of money or property or payment of expenses to or for the benefit of Brent Hawker or Hawker Family Rentals, LLLP from the beginning of time, forward, including without limitation all checks, drafts, wire and ACH transfers, bank statements and bank records.

n. All documents concerning Craftsman's transfer of money or property or payment of expenses to or for the benefit of Brent Hawker or Hawker Family Rentals, LLLP from the beginning of time, forward, including without limitation all checks, drafts, wire and ACH transfers, bank statements and bank records.

o. All Documents concerning the Debtor's transfer of money or property or payment of expenses to or for the benefit of any insider, as that term is defined by 11 U.S.C. § 101(31), from January 1, 2019, through the present.

p. All documents reflecting communications between the Debtors and any person affiliated with Hawker Family Rentals, LLLP, from the beginning of time, forward.

q. All documents reflecting communications between the Debtors and any representative or person at Bradshaw & Associates, from January 1, 2019, through the present.

r. All communications between the Debtors and any person who has performed accounting work or tax preparation services on behalf of Craftsman since its Formation Date.

s. All financial statements and applications for loans, prepared by the Debtors or prepared for the Debtors or, including documents relating to any and all such financial statements and applications for loans, whether the application was for the Debtors as an intended borrower, guarantor or otherwise, from January 1, 2019, through the present.

t. All documents which in any way relate or pertain to any financial distributions made by Craftsman to the Debtors from its Formation Date through the date of the Debtors' response.

u. Any and all documents, including but not limited to financial statements, appraisals, insurance policies, coverage schedules, titles, and contracts for loans that relate, pertain to or reflect any item of property over $750.00 in value owned by the Debtors.

v. All account records which in any way pertain or relate to any and all financial accounts in which the Debtors possess or possessed an ownership interest or upon which the Debtors are (or were) an authorized signor from January 1, 2019, through the date of your responses, including without limitation all contracts, agreements, deposit records, checks, drafts, wire and ACH transfers, and transfer documents.

w. All account records which in any way relate or pertain to any and all financial accounts for any entity in which the Debtors have or had an ownership interest or upon which they are (or were) an authorized signor from January 1, 2019, through the date of your responses, including without limitation all contracts, agreements, deposit records, checks, drafts, wire and ACH transfers, and transfer documents.

x. All communications between the Debtors and Tharyn Mulberry from January 1, 2019, through the present.

y. All documents reflecting communications between the Debtors and Barbara Sadler.

z. All documents concerning the Debtors' receipt of money or property from Barbara Sadler from the beginning of time, forward, January 1, 2019, through the present, including without limitation all checks, drafts, wire and ACH transfers, bank statements and bank records.

aa. All documents reflecting communications between the Debtors and Jacqlyn (Jackie) Mulberry from January 1, 2019, through the present.

bb. All documents which in any way relate or pertain to the Debtors involvement in the purchase of a Toyota RAV4 for Jacqlyn (Jackie) Mulberry.

    cc.    All documents concerning the Debtors' transfer of money or property or payment of expenses to or for the benefit of Jacqlyn (Jackie) Mulberry from January 1, 2019, through the present, including without limitation all checks, drafts, wire and ACH transfers, bank statements and bank records.

    dd.    All documents concerning the Debtors' transfer of money or property or payment of expenses to or for the benefit of Monique Mulberry from January 1, 2019, through the present, including without limitation all checks, drafts, wire and ACH transfers, bank statements and bank records.

8. Although Rule 1019(4) does not contain the language, "after notice and a hearing," the Trustee has served this motion and a notice, pursuant to L.B.R. 9013-1, on the Debtor – giving the Debtor fourteen (14) days to object to this motion.

9. In addition, the proposed form of Order tendered herewith provides that turnover must occur within fourteen (14) days from the date of entry of the Order.

WHEREFORE, Robertson B. Cohen, chapter 7 trustee, prays for entry of an Order requiring the Debtors to turn over the above-described property and records to the Trustee, and for such other and further relief as is just and proper under the circumstances.

Dated: November 8, 2023        **SPENCER FANE LLP**

        /s/ David M. Miller
        David M. Miller, #17915
        1700 Lincoln Street, Suite 2000
        Denver, CO 80203
        Ph. (303) 839-3800
        e-mail: dmiller@spencerfane.com

        ATTORNEYS FOR ROBERTSON B. COHEN, CHAPTER 7 TRUSTEE

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 8, 2023, a copy of the forgoing **Trustee's Motion for Order Requiring Turnover of Property and Records of the Estate** was served on all parties against whom relief is sought and those otherwise entitled to service pursuant to the FED. R. BANKR. P. and these L.B.R. at the following addresses:

Dwight Mulberry
18870 Wing Tip Road
Colorado Springs, CO 80908

Joni Mulberry
18870 Wing Tip Road
Colorado Springs, CO 80908

US Trustee
Byron G. Rogers Federal Bldg.
1961 Stout St., Ste. 12-200
Denver, CO  80294-1961

Notice by Electronic Transmission was sent to the following persons/parties:

Robertson B. Cohen, Esq.
Cohen & Cohen, P.C.
1720 S Bellaire St., Suite 205
Denver, CO 80222
Email: rcohen@cohenlawyers.com

Keri L. Riley
Kutner Brinen Dickey Riley, P.C.
1660 Lincoln Street
Suite 1720
Denver, CO 80264
Email: klr@kutnerlaw.com

David B. Law, Esq. # 27370
Miller & Law, P.C.
1900 W. Littleton Boulevard
Littleton, CO 80120
Email: dbl@millerandlaw.com

Curt Todd
837 E. 17th Avenue, Suite 102
Denver, CO 80219
Email: ctodd@templelaw.comcastbiz.net

DE 8312041.1

Taylor G. Minshall
RELEVANT LAW
1311 Interquest Pkwy, Suite 110
Colorado Springs, CO 80921
Email: tminshall@relevantlaw.com

Guy Humphries
7761 Shaffer Parkway, Suite 105
Littleton, CO 80127
Email: guyhumphries@msn.com

Terence E. Doherty
102 S. Tejon Street, Suite 1100
Colorado Springs, Colorado 80903
Email: terry@dohertylawpc.com

Bruce E. Bagelman
Colorado Bar No. 52521
BAGELMAN LAW, LLC
3269 28th Street
Boulder, Colorado 80301
Email: bruce@bagelmanlaw.com

Brian J. Holst, Atty. Reg. #: 16901
Iman Tehrani, Atty. Reg. #: 44706
Stephanie Wall, Atty. Reg. #: 49653
514 Kimbark Street; PO Box 295
Longmont, CO 80502-0298
Email: iman@shlaw.biz

*/s/ Kayla Dominguez*
Kayla Dominguez